# United States District Court
## Violation Notice

22 00258 Rev 01/2020

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | E1147566 | Godot | 7587 7565 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/29/2022 - 0515
Offense Charged: ☒ State Code — CVC-23152(A)(B)
Place of Offense: MCB Camp Pendleton, CA Parking Lot of 1223
Offense Description: DUI with a BAC of .08 or higher

### DEFENDANT INFORMATION
Phone: 201-766-8757
Last Name: Mills
First Name: Xavier
MI: A

| Tag No. | State | Year | Make/Model | PASS Color |
|---|---|---|---|---|
| 8YSH003 | CA | 13 | Dodge/Charger | BLK |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 220 West Broadway St, San Diego, CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy
22-00258

*E1147566*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 Jan, 2022 while exercising my duties as a law enforcement officer in the Southern District of California

See attached

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)  22 00250

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/29/2022    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

CVB SCAN 03/11/2022 13:32